ACCEPTED
12-15-00083-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/13/2015 1:06:12 PM
Pam Estes
CLERK

No. 12-15-00083

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/13/2015 1:06:12 PM
PAM ESTES
Clerk

**In the Twelfth District Court of Appeals
Tyler, Texas**

CARRIZO OIL & GAS, INC.,
*Appellant,*

v.

BARROW-SHAVER RESOURCES COMPANY,
*Appellee.*

On Appeal from the 7th Judicial District Court
Smith County, Texas
Cause No. 12-2565-A

**APPELLANT'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

Appellant Carrizo Oil & Gas, Inc. ("Carrizo") respectfully files this Unopposed Second Motion for Extension of Time to File Appellant's Brief. The current deadline for filing Appellant's Brief is **October 23, 2015**. Appellant requests a **30-day extension** of time for a new deadline of **November 23, 2015**.

The reasons for this request are as follows:

The reporter's record in this case was filed on August 24, 2015, and it contains 36 volumes of transcripts and exhibits from a two-week jury trial. In reviewing the Reporter's Record, the undersigned noted that the questions and answers contained

in the videotaped depositions that were played to the jury at trial were not included in the Reporter's Record, although the parties agree that the portions of those depositions designated by Plaintiff were in fact presented to the jury by video.

In addition, the Clerk's Record contains 15 volumes of papers, and there are several items that need to be corrected and supplemented in the Clerk's Record.

Carrizo is working with opposing counsel to prepare a stipulation to complete the Reporter's Record. Carrizo will also be filing a Request to Supplement the Clerk's Record. Carrizo respectfully submits that it would be beneficial to the Court and counsel to have a complete and accurate appellate record to cite in Carrizo's opening brief before that brief is filed.

This extension is not sought for the purposes of delay. One prior extension has been granted for this deadline.

As set forth in the Certificate of Conference below, this motion for extension of time is Unopposed.

For these reasons, Appellant requests that the Unopposed Second Motion for Extension of Time be extended 30 days to **November 23, 2015**.

Respectfully submitted,

*/s/ Marcy Hogan Greer*
Marcy Hogan Greer
State Bar No. 08417650
mgreer@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
Telephone: (512) 482-9300
Facsimile:  (512) 482-9303

John M. Zukowski
State Bar No. 22293400
jmz@zbsplaw.com
Pascal Paul Piazza
State Bar No. 15966850
ppp@zbsplaw.com
ZUKOWSKI, BRESENHAN, SINEX &
PETRY, L.L.P.
1177 West Loop South, Suite 1100
Houston, Texas 77027
Telephone: (713) 965-7597
Facsimile:  (713) 9639169

Charles H. Clark
State Bar No. 04274000
chc@charlesclarklaw.com
THE LAW OFFICES OF CHARLES H. CLARK
604 West Woldert Street
Tyler, Texas 75702
Telephone: (903) 593-2514
Facsimile:  (903) 595-1294

**ATTORNEYS FOR APPELLANT**
**CARRIZO OIL & GAS, INC.**

## CERTIFICATE OF CONFERENCE

I certify that on October 8, 2015, I conferred with Deborah Race, counsel for Plaintiff-Appellee Barrow-Shaver Oil & Gas Resources Company, and she stated that her client does not oppose the relief sought in this motion for extension of time.

> /s/ Marcy Hogan Greer
> Marcy Hogan Greer

## CERTIFICATE OF SERVICE

On October 13, 2015, I electronically filed this motion with the Clerk of the Court using the eFile.TXCourts.gov electronic filing system, which will send notification of such filing to the following (unless otherwise noted below).

Otis Carroll
ocarroll@icklaw.com
Deborah Race
drace@icklaw.com
Collin M. Maloney
emaloney@icklaw.com
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 561-1071

R. Clay Hoblit
choblit@hfdlaw.com
HOBLIT FERGUSON DARLING L.L.P.
2000 Frost Bank Plaza
802 Carancahua
Corpus Christi, Texas 78401
Telephone: (361) 888-9392
Facsimile: (361) 888-9187

*Counsel for Appellee*
*Barrow-Shaver Resources Company*

> /s/ Marcy Hogan Greer
> Marcy Hogan Greer